IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** *Plaintiff*, <br><br>AND<br><br>**JASON COPLEY, DA'VONTA COPLEY, ALBERTICO GUTIERREZ RUBIO, ADRIAN QUEZADA, SHAWN COTTON, and JOSHUA GARCIA,** *Intervenor-Plaintiffs*,<br><br>v.<br><br>**PLAINS PIPELINE, L.P., PLAINS ALL AMERICAN GP, LLC, PLAINS MARKETING, L.P., and COPPERHEAD PIPELINE AND CONSTRUCTION, INC.,** *Defendants*. | MO:20-CV-00082-DC |

## FINAL JUDGMENT

BEFORE THE COURT is the Joint Motion for Entry of Consent Decree. (Doc. 93). After reviewing the Consent Decree, the Court finds that all issues in the Plaintiff Equal Employment Opportunity Commission's ("EEOC") Complaint have been disposed of, that the EEOC and Defendants Plains Pipeline, L.P., Plains All American GP LLC, Plains Marketing, L.P. (collectively "Plains") and Copperhead Pipeline and Construction Inc., ("Copperhead") are in agreement, and that the Consent Decree should be entered. Entry of the Consent Decree includes the claims made by Intervenor-Plaintiffs Jason Copley, Da'Vonta Copley, Albertico Gutierrez Rubio, Adrian Quezada, Shawn Cotton, and Joshua Garcia ("Intervenors").

It is therefore ordered that the Consent Decree is hereby entered. The Court shall retain jurisdiction to enforce the terms and conditions as set forth in the Consent Decree, which is attached to the Parties' Joint Motion for Entry of Consent Decree.

2

The Court **ORDERS** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 5th day of August, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE